**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELO SISON SARMIENTO,

    Petitioner,

    v.

THOMAS L. CAREY, Warden,
California State Prison, Solano,

    Respondent.
_____/

No. C 05-2091 PJH

**ORDER TO SHOW CAUSE**

    Petitioner Marcelo Sison Sarmiento ("Sarmiento"), a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**BACKGROUND**

    Sarmiento was convicted of second degree murder and personal use of a dangerous and deadly weapon by a jury in the San Francisco County Superior Court in the State of California. He was sentenced to fifteen years to life, plus one year for the knife-use enhancement. Sarmiento unsuccessfully appealed his conviction to the California Court of Appeal and the Supreme Court of California. He filed the instant federal habeas petition on May 20, 2005.

**DISCUSSION**

**A.    Legal Standard**

    This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person

detained is not entitled thereto." 28 U.S.C. § 2243.

**B.     Petitioner's Legal Claims**

Petitioner seeks federal habeas corpus relief, raising one claim: that his due process rights were violated when the prosecutor attacked the integrity of defense counsel and accused him of misleading the jury during closing argument. Liberally construed, the claim appears colorable under 28 U.S.C. § 2254 and merits an answer from respondents.

### CONCLUSION

For the foregoing reasons and for good cause shown

1.     The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto upon respondents. The clerk shall also serve a copy of this order on petitioner.

2.     Respondents shall file with the court and serve on petitioner, within 60 days of the date of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition.

3.     If the petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: May 27, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

Habeas.osc

2