**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELO SISON SARMIENTO,

    Petitioner,

    v.

THOMAS L. CAREY,

    Respondent.
_____/

No. 05-2091 PJH

**JUDGMENT**

Pursuant to the Order Denying Petition for Writ of Habeas Corpus signed today, this action is DISMISSED.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 22, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge